UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORSTER MOORE,

    Petitioner,                                             Case No. 09-13569

v.

                                                 Hon. John Corbett O'Meara

IMMIGRATION AND CUSTOMS
ENFORCEMENT, *et al.*,

    Respondents.
_____/

**ORDER DISMISSING PETITION FOR
WRIT OF HABEAS CORPUS AS MOOT**

       Before the court is Petitioner Forster Moore's petition for writ of habeas corpus, filed September 10, 2009. The government submitted a response on November 2, 2009. Moore is challenging his detention by the Bureau of Immigration and Customs Enforcement ("ICE") pursuant to a final order of removal. On January 22, 2010, the government filed a motion to dismiss the petition as moot, because Moore was removed to Ghana on November 16, 2009, and is no longer detained by ICE.

       Because the court is no longer able to grant the relief requested by Moore, his petition is moot. Accordingly, IT IS HEREBY ORDERED that the petition for writ of habeas corpus is DENIED AS MOOT and the government's motion to dismiss is GRANTED.

                                                             s/John Corbett O'Meara
                                                             United States District Judge

Date: January 26, 2010

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, January 26, 2010, using the ECF system and/or ordinary mail.

s/William Barkholz
Case Manager